UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-4488(DSD/AJB)

Dwight Chris Jorgensen,

      Plaintiff,

v.                                                **ORDER**

Wells Fargo Bank, N.A.;
Jeff Kemmink; Dana Reddington,

      Defendants.


This matter is before the court upon the motion to dismiss by defendants Wells Fargo Bank, NA (Wells Fargo), Jeff Kemmink, and Dana Reddington.   Based on a review of the file, record and proceedings herein, and the oral stipulation of plaintiff Dwight Chris Jorgensen at the May 20, 2011, hearing, the court grants the motion.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that:

1.   Defendants' motion to dismiss (1) Plaintiff's claims under 28 U.S.C. §§ 2201, 2202 and 42 U.S.C. § 1983 against all defendants and (2) Plaintiff's claim under 42 U.S.C. § 12101 against individual defendants Jeff Kemmink and Dana Reddington [ECF No. 7] is granted.

2.   Plaintiff's claim under 42 U.S.C. § 12101 against defendant Wells Fargo remains.

Dated:  May 23, 2011

                        s/David S. Doty
                        David S. Doty, Judge
                        United States District Court